Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Henry L. Enriquez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY L. ENRIQUEZ,<br><br>             Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>             Defendant | Case No.: 5:15-cv-01285-AFM<br><br>{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,800.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  5/12/2016

_____
ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE

-1-

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Vijay J. Patel*
_____
Vijay J. Patel
Attorney for plaintiff Henry L. Enriquez